| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pacific Andes Enterprises (Hong Kong) Limited** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | |
| 4. | **Debtor's address** | **Principal place of business**  **Room 3312, Hong Kong Plaza, 186 Connaught Road West HONG KONG**  Number, Street, City, State & ZIP Code  _____  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Pacific Andes Enterprises (Hong Kong) Limited**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Pacific Andes Enterprises (Hong Kong) Limited**  Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor **See Attachment** | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
       Contact name
       Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Pacific Andes Enterprises (Hong Kong) Limited**     Case number (*if known*)
Name

☐ $50,001 - $100,000      ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Pacific Andes Enterprises (Hong Kong) Limited | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2021**
MM / DD / YYYY

X **/s/ Ng Puay Yee Annie**                                 **Ng Puay Yee Annie**
Signature of authorized representative of debtor            Printed name

Title **Director**

**18. Signature of attorney**

X **/s/ Tracy L. Klestadt**                                 Date **September 8, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone **(212) 972-3000**          Email address **tklestadt@klestadt.com**

**2089985 NY**
Bar number and State

---

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 5

Debtor **Pacific Andes Enterprises (Hong Kong) Limited**
Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Pacific Andes Enterprises (Hong Kong) Limited** | | | Case number (*if known*) | |
| | Name | | | | |
| Debtor | **Admired Agents Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11206** |
| Debtor | **CFG Peru Investments Pte. Ltd. (Singapore)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11914** |
| Debtor | **CFGL (Singapore) Private Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11915** |
| Debtor | **Champion Maritime Ltd. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11922** |
| Debtor | **Chanery Investment Inc. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11921** |
| Debtor | **Chiksano Management Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11207** |
| Debtor | **China Fisheries International Ltd. (Samoa)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11896** |
| Debtor | **China Fishery Group Limited (Cayman)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11895** |
| Debtor | **Clamford Holding Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11208** |
| Debtor | **Excel Concept Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11209** |
| Debtor | **Fortress Agents Ltd. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11916** |
| Debtor | **Gain Star Management Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11210** |
| Debtor | **Golden Target Pacific Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **3/27/17** | Case number, if known | **17-10734** |
| Debtor | **Grand Success Investment (Singapore) Private Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11211** |
| Debtor | **Growing Management Ltd. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11919** |
| Debtor | **Hill Cosmos International Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11212** |
| Debtor | **Loyal Mark Holdings Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11213** |
| Debtor | **Metro Island International Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11214** |
| Debtor | **Mission Excel International Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11215** |
| Debtor | **N.S. Hong Investment (BVI) Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11899** |
| Debtor | **Nat Prop Investments Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11216** |
| Debtor | **Nouvelle Foods International Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **3/27/17** | Case number, if known | **17-10733** |
| Debtor | **Ocean Expert International Ltd. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11917** |

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Pacific Andes Enterprises (Hong Kong) Limited** | | | Case number (*if known*) | |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Pacific Andes International Holdings (BVI) Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **4/17/17** | Case number, if known | **17-11201** |
| Debtor | **Pacific Andes International Holdings Ltd. (Bermuda)** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11890** |
| Debtor | **Pacific Andes Resources Development Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **9/29/16** | Case number, if known | **16-12739** |
| Debtor | **Pickenpack Europe GmbH** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **9/22/16** | Case number, if known | **16-12682** |
| Debtor | **Pickenpack Holding Germany GmbH** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **9/22/16** | Case number, if known | **16-12681** |
| Debtor | **Pickenpack Production Luneburg GmbH** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **9/22/16** | Case number, if known | **16-12683** |
| Debtor | **Pioneer Logistics Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11217** |
| Debtor | **Protein Trading Ltd. (Samoa)** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11923** |
| Debtor | **Sea Capital International Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11218** |
| Debtor | **Shine Bright Management Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11219** |
| Debtor | **Smart Group Ltd. (Cayman)** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11910** |
| Debtor | **South Pacific Shipping Agency Ltd. (BVI)** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11924** |
| Debtor | **Super Investment Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11903** |
| Debtor | **Superb Choice International Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11220** |
| Debtor | **Target Shipping Ltd. (HK)** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11920** |
| Debtor | **Toyama Holdings Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **5/02/17** | Case number, if known | **17-11221** |
| Debtor | **TST The Seafood Traders GmbH** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **9/22/16** | Case number, if known | **16-12684** |
| Debtor | **Zhonggang Fisheries Ltd.** | | Relationship to you | **Affiliate** | |
| District | **Southern District of New York** | When | **4/17/17** | Case number, if known | **17-11020** |

# United States Bankruptcy Court
## Southern District of New York

In re **Pacific Andes Enterprises (Hong Kong) Limited**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bonaire Development Limited**<br>Room 3312, Hong Kong Plaza,<br>186 Connaught Road<br>Hong Kong | | **50%** | **Shareholder** |
| **Heng Holdings (BVI) Limited**<br>Room 3312, Hong Kong Plaza,<br>186 Connaught Road<br>Hong Kong | | **50%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 8, 2021**

Signature **/s/ Ng Puay Yee Annie**
**Ng Puay Yee Annie**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Pacific Andes Enterprises (Hong Kong) Limited**      Case No.
                                  Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 8, 2021**        **/s/ Ng Puay Yee Annie**
                                         **Ng Puay Yee Annie**/**Director**
                                         Signer/Title

```
BONAIRE DEVELOPMENTS LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


BUSINESS CONSULTANTS LIMITED
18A, 18/F, TWO CHINACHEM PLAZA,
68 CONNAUGHT ROAD CENTRAL
HONG KONG


CHASTERTON GROUP LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
ATTN: DOUGLAS E. DEUTSCH
NEW YORK, NY 10019


FASTACT GROUP LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


GRANDLUCK ENTERPRISES LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


HENG HOLDINGS (BVI) LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


KOLOMLIN VALERIY FEDOROVICH
APART. 20, 6/7 STROITELEY STREET, 119311
MOSCOW, RUSSIA


MERIDIAN INVESTMENT GROUP PTE LIMITED
138 CECIL STREET, #12-01A CECIL COURT,
SINGAPORE, 069538
```

PACIFIC ANDES ENTERPRISES (BVI) LTD.
C/O CLIFFORD CHANCE
27/F JARDINE HOUSE, ONE CONNAUGHT PLACE
CENTRAL, HONG KONG


PACIFIC ANDES INT. HOLDINGS (BVI) LTD.
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


PELICAN FOOD LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


RAWLEY TRADING LIMITED
ROOM 3312, HONG KONG PLAZA,
186 CONNAUGHT ROAD WEST
HONG KONG


SMART CPA (HONG KONG) LIMITED
18A, 18/F, TWO CHINACHEM PLAZA,
68 CONNAUGHT ROAD CENTRAL
HONG KONG

# United States Bankruptcy Court
## Southern District of New York

In re  **Pacific Andes Enterprises (Hong Kong) Limited**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pacific Andes Enterprises (Hong Kong) Limited**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bonaire Development Limited**  
**Room 3312, Hong Kong Plaza,**  
**186 Connaught Road**  
**Hong Kong**

**Heng Holdings (BVI) Limited**  
**Room 3312, Hong Kong Plaza,**  
**186 Connaught Road**  
**Hong Kong**

☐ None [*Check if applicable*]

**September 8, 2021**  
Date

/s/ Tracy L. Klestadt  
**Tracy L. Klestadt**  
Signature of Attorney or Litigant  
Counsel for  **Pacific Andes Enterprises (Hong Kong) Limited**  
**Klestadt Winters Jureller Southard & Stevens, LLP**  
**200 West 41st Street**  
**17th Floor**  
**New York, NY 10036-7203**  
**(212) 972-3000 Fax:(212) 972-2245**  
**tklestadt@klestadt.com**

**PACIFIC ANDES ENTERPRISES (HONG KONG) LIMITED**
(Incorporated in the Hong Kong Special Administrative Region of the People's Republic of China)
(the "**Company**")

**DIRECTORS' RESOLUTIONS IN WRITING PASSED PURSUANT TO THE COMPANY'S ARTICLES OF ASSOCIATION**

WHEREAS, each director in the board of directors (the "Board") of the Company has confirmed that he or she has no direct or indirect interest in any way in the matters considered herein;

WHEREAS, the Company is a member of the Pacific Andes Group of companies (the "Pacific Andes Group");

WHEREAS, certain other members of the Pacific Andes Group have been undertaking reorganization efforts under Chapter 11 of the Bankruptcy Code;

WHEREAS, the directors of the Company have been in ongoing discussions with respect to the financial challenges and stress faced by the Company and the Group in determining the most appropriate actions to be taken in order to protect the interests of the Company while taking all due and proper account of the rights and interest of the creditors of the Company;

WHEREAS, the Board has reviewed the Company's liabilities and liquidity, the strategic alternatives available to it, and the impact of such alternatives on the Company's business;

WHEREAS, having considered their duties, including but not limited to their duties to act in good faith, in the best interests of the Company and for proper purpose, the Board has determined that it is desirable and in the best interests of the Company that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code in which the authority to operate as a debtor in possession will be sought; and

NOW, THEREFORE, IT IS:

RESOLVED, that in the judgment of the Board, having considered their duties, it is desirable and in the best interests of the Company that a voluntary petition (the "Petition") be filed by the Company under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

RESOLVED, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is further

RESOLVED, that Ng Puay Yee Annie (the "Designated Person") is authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications, disclosure statements, plans, and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing; and it is further

RESOLVED, that the law firm of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt") be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its counsel in connection with any case commenced by the Company under the Bankruptcy Code ("Bankruptcy Case"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in

Page 1 of 3

Ref: 21-LD-PA025/PAE (HK)
Directors' resolutions_ US Chapter 11 filing

connection therewith, the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Klestadt and all related matters; and it is further

RESOLVED, that the firm of RSR Consulting, LLC be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its financial consultant in connection with the Bankruptcy Case, and to take any and all actions in its capacity as such;

RESOLVED, that the firm of Kroll, LLC be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its financial advisor in connection with the Bankruptcy Case, and to take any and all actions in its capacity as such;

RESOLVED, that in addition to the existing signatories of the Company, the Designated Person is authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants and other professionals as appropriate in connection with any Bankruptcy Case and all related matters; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Person, and in addition to the existing signatories of the Company, the Designated Person is authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions; and it is further

RESOLVED, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) pledging or granting liens and mortgages on, or security interest in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that in addition to the existing signatories of the Company, the Designated Person is authorized, directed and empowered from time to time in the name and on behalf of the Company, to (i) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officers may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (ii) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form as the officers performing or executing the same shall approve, and the performance or execution thereof by such officers shall be conclusive evidence of the approval thereof by such officers and by the Company; and it is further

RESOLVED, that all actions heretofore taken by any officer, manager or director of the Company in connection with the foregoing resolutions, the Petition and related matters be, and they hereby are, confirmed, ratified and approved in all respects; and it is further

Page 2 of 3

Ref: 21-LD-PA025/PAE (HK)
Directors' resolutions_ US Chapter 11 filing

RESOLVED, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, and in consultation with counsel, to develop, sign and file any and all pleadings, motions, applications, and other documents as are advisable or necessary to further the interests of the Company with respect to the Bankruptcy Case or the Bankruptcy Court; and it is further

RESOLVED, that Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, and in consultation with counsel, to develop, sign and file a plan of reorganization and disclosure statement for the Company, and amendments thereto as may be necessary from time to time, as are advisable or necessary to further the interests of the Company with respect to the Bankruptcy Case or the Bankruptcy Court and to undertake the process in accordance with applicable law of soliciting votes in favor of any such plan of reorganization so developed; and it is further

RESOLVED, that the Board waives any notice, procedural or other formalities requirements which may be required to hold a meeting of the Company's Board of Directors.

Dated this          day of

_____  
NG Joo Puay Frank  
Director

_____  
NG Puay Yee Annie  
Director