**Fill in this information to identify the case:**

Debtor name __Pacific Andes Enterprises (Hong Kong) Limited__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $ **21,794,871.79**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ **2,867,490.98**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $ **24,662,362.77**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **8,437,734.94**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **8,437,734.94**